THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE VALENTIN ROLDAN, | : |
| Plaintiff, | : |
| v. | : 3:21-CV-621 |
| | : (JUDGE MARIANI) |
| KILOLO KIJAKAZI,[1] | : (Magistrate Judge Ormsby) |
| ACTING COMMISSIONER OF | : |
| SOCIAL SECURITY, | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS** ___17th___ **DAY OF MARCH 2023**, upon review of Magistrate Judge Ormbsby's Report and Recommendation ("R&R") (Doc. 29) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 29) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Because Kilolo Kijakazi is now the Acting Commissioner of Social Security, she is automatically substituted as the Defendant. See Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).